

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# SEALED FELONY

## INDICTMENT FOR POSSESSION OF AN UNREGISTERED SILENCER

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-00231** |
| v. | * | SECTION: **SECT. A MAG. 2** |
| **GEORGE PETERSON** | * | VIOLATIONS: 26 U.S.C. § 5841 |
| | | 26 U.S.C. § 5861(d) |
| | * | 26 U.S.C. § 5871 |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1

On or about June 29, 2022, in the Eastern District of Louisiana, the defendant, **GEORGE PETERSON**, knowingly received and possessed a firearm, to wit: a black cylinder which is a firearm silencer and firearm muffler, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

```
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc.No._____
```

2. As a result of the offense alleged in Count 1, the defendant, **GEORGE PETTERSON**, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, and Title 26, United States Code, Section 2461, any firearm or ammunition involved in any violation of the provisions of Title 26, including but not limited to:

> One (1) black cylinder which is a firearm silencer and firearm muffler.

3. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

DUANE A. EVANS
UNITED STATES ATTORNEY

CHARLES D. STRAUSS
Assistant United States Attorney

New Orleans, Louisiana
October 20, 2022

FORM OBD-34

No._____

# UNITED STATES DISTRICT COURT
Eastern _____ District of _____ Louisiana
_____ Criminal _____ Division

## UNITED STATES OF AMERICA
vs.
## GEORGE PETERSEN

### INDICTMENT FOR POSSESSION OF AN UNREGISTERED SILENCER

**VIOLATIONS:** 25 U.S.C. § 5841
25 U.S.C. § 5861(d)
25 U.S.C. § 5871



Filed in open court this _____ day of _____ A.D. 2022.

_____
Clerk

Bail, $ _____

_____
CHARLES D. STRAUSS
ASSISTANT UNITED STATES ATTORNEY