# TO: DOCKET CLERK  22-00231

## __MAGISTRATE CASE NUMBER

OR  **SECT. A MAG. 2**

## _X_ NO MAGISTRATE PAPERS WERE FOUND

for

NAME: __GEORGE PETERSON__

Initials: __PLH__

If you receive this note without any initials,

please return the entire packet to criminal desk.

Thank you