2022 OCT 20 P 1:51

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-00231 |
| v. | * | SECTION: SECT. A MAG. 2 |
| GEORGE PETERSEN | * | SEALED |
| | * * * | |

### MOTION TO SEAL INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who moves this Honorable Court to seal the Indictment in the above-captioned case and this accompanying Motion and Order to Seal in order to protect an ongoing investigation. The Government requests that prior to sealing, a certified copy of the indictment be provided to the United States Attorney's Office for the Eastern District of Louisiana.

**WHEREFORE** the Government prays that the Court seal the above-captioned indictment as well as this motion and order to seal.

Respectfully Submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
CHARLES D. STRAUSS
Assistant United States Attorney
Louisiana Bar Roll No. 36039
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Phone: 504-680-3007
Email: Charles.Strauss@usdoj.gov

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc.No._____