2022 OCT 20 P 1:51

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-00231 |
| v. | * | SECTION: SECT. A MAG. 2 |
| GEORGE PETERSEN | * | SEALED |
| * * * | | |

### ORDER

Having considered the Government's Motion to Seal,

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana seal the Indictment in the above-captioned matter and this accompanying Motion and Order to seal after providing the United States Attorney's Office for the Eastern District of Louisiana a certified copy of the indictment.

New Orleans, Louisiana, this _____ day of October, 2022.

UNITED STATES MAGISTRATE JUDGE

```
__ Fee_____
__ Process_____
 X  Dktd_____
__ CtRmDep_____
__ Doc.No._____
```