UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-231** |
| v. | * | **SECTION: "A"** |
| **GEORGE PETERSON** | * | **FILED UNDER SEAL** |

\* \* \*

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully moves this Honorable Court to unseal the indictment and arrest warrant in the above-captioned case. The agency has determined that there is no longer an operational need for sealing this matter.

**WHEREFORE**, the Government prays that its motion to unseal the indictment and arrest warrant be **GRANTED**.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Charles D. Strauss*
CHARLES D. STRAUSS
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3007
E-Mail: Charles.Strauss@usdoj.gov