UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-231 |
| v. | * | SECTION: "A" |
| GEORGE PETERSON | * | FILED UNDER SEAL |

\* \* \*

### O R D E R

Considering the foregoing Motion to Unseal Indictment and Arrest Warrant;

**IT IS HEREBY ORDERED** that the indictment and arrest warrant be and are hereby **UNSEALED**.

New Orleans, Louisiana, this 21st day of October, 2022.

_____
HONORABLE DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE