MINUTE ENTRY
ROBY, M.J.
OCTOBER 24, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 22-231 |
| GEORGE PETERSON | SECTION: A |

**CRIMINAL ARRAIGNMENT**

APPEARANCES:   X   DEFENDANT
               X   COUNSEL FOR DEFENDANT      RICHARD J. RICHTHOFEN, JR. – Retained
               X   ASSISTANT U.S. ATTORNEY    CHARLES D. STRAUSS
               ___ INTERPRETER                                         SWORN
                   (TIME:             .M to            .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **DECEMBER 1, 2022 AT 10:45 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

X / TRIAL: **DECEMBER 19, 2022 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

MJSTAR: 00: 02