UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 22-CR-00231** |
| v. | * | SECTION: "A" |
| **GEORGE PETERSON** | * | JUDGE: JAY C. ZAINEY |

\* \* \*

**MOTION AND ORDER
TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT**, comes the United States of America, appearing herein through undersigned Assistant United States Attorney, and respectfully requests that Assistant United States Attorney Alexandra Giavotella be enrolled as additional counsel of record in the above-captioned matter. Assistant United States Attorney Charles D. Strauss will remain as counsel of record for the United States of America. The addition of counsel will not delay or impede the prosecution of this matter.

[*Attorney Signature Block and Certificate of Service on Following Page.*]

1

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Alexandra Giavotella*

ALEXANDRA GIAVOTELLA (La. 38005)
Assistant United States Attorney
United States Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3065
Email: alexandra.giavotella@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rules this 27th day of October, 2022.

*/s/ Alexandra Giavotella*

ALEXANDRA GIAVOTELLA
Assistant United States Attorney