# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 22-CR-00231** |
| v. | * | SECTION: "A" |
| **GEORGE PETERSON** | * | JUDGE: JAY C. ZAINEY |

\* \* \*

## O R D E R

Considering the foregoing Motion to Enroll Additional Counsel;

**IT IS ORDERED** that Alexandra Giavotella be and is hereby enrolled as additional counsel for the United States of America in the above-captioned matter.

New Orleans, Louisiana, this _____ day of October, 2022.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE