MINUTE ENTRY
OCTOBER 26, 2022
ROBY, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-231 |
| GEORGE PETERSON | SECTION: A |

**DETENTION HEARING**

PRESENT: X/DEFENDANT

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/COUNSEL FOR THE DEFENDANT  RET: RICHARD J. RICHTHOFEN, JR.

 3900 CANAL ST., NEW ORLEANS, LA 70119

 X/ASST. U.S. ATTORNEY  CHARLES D. STRAUSS

__/INTERPRETER _____
(Interpreter designated by the Court and sworn.  Time _____ M. to _____ M.)

X/GOVERNMENT WITNESS(ES) *Justin Amecker - sworn & testified*
*Iris Contreras - sworn & testified*
*Government Exhibits #1 & #2 photos of silencer; attached hereto*

X/DEFENSE WITNESS(ES) *Wendy Peterson - sworn & testified*

MJSTAR: 00: 1:30

*[signature]*

| | |
|---|---|
| GEORGE PETERSON | 22-231 A |
| DEFENDANT | CASE NO. |

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

_X_/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT $35,000.00 unsecured appearance bond

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

See attached for additional conditions of release

___/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

___/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

_X_/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

___/ DEFENDANT IS NOT ENTITLED TO RELEASE.

___/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

___/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.
___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.
___/ THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

___/ OTHER: _____

_____

DEFENDANT'S NAME: **GEORGE PETERSON**  CASE NO. **22-231 A**

ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: **Wendy Peterson**

The defendant must:

- [✓] a) submit to supervision by and report for supervision to the **US PROBATION**
- [ ] b) Obtain/Maintain employment
- [ ] d) surrender any passport to **U. S. Probation**
- [ ] e) not obtain a passport or other international travel document
- [✓] f) abide by the following travel restrictions: Continental U.S. [ ] EDLA [✓] LA [ ] Other ____
- [✓] g) avoid all contact with victim/(witness) [✓] co–defendants [✓] Other ____
- [ ] h) medical or psychiatric treatment if directed by Pretrial Services
- [✓] k) not possess firearm, destructive device or other weapon
- [ ] l) not use alcohol: at all [ ] excessively [ ]
- [✓] m) not use or unlawfully possess narcotic drug/controlled substances
- [ ] n) submit to testing for a prohibited substance if required by Pretrial Services
- [ ] o) participate in drug treatment as directed by Pretrial Services
- [ ] p) participate in location restriction program: [ ] (i) Curfew
    - [ ] (ii) Home Detention
    - [ ] (iii) Home Incarceration
    - [ ] (iv) Stand Alone Monitoring
- [ ] q) submit to the following location monitoring technology and comply with its requirements as directed:
    - [ ] (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
    - [ ] (ii) Voice Recognition; or
    - [ ] (iii) Radio Frequency; or
    - [ ] (iv) GPS.
- [ ] r) pay all or part of the cost of location monitoring as determined by Pretrial Services or supervising officer
- [✓] s) report every contact with law enforcement personnel to Pretrial Services
- [✓] t) Other(s): **Not to be employed in any business associated with firearms;**

must submit financial disclosures to U.S. Probation