UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-231 |
| GEORGE PETERSON | SECTION "A" (2) |

## NOTICE OF TRIAL

Take notice that this criminal proceeding is set for TRIAL on **December 19, 2022, at 8:30 a.m.**, before JUDGE JAY C. ZAINEY, 500 Poydras Street, Courtroom C-467, New Orleans, LA 70130. A final pretrial conference will be held on **December 1, 2022, at 10:45 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  October 28, 2022                     CAROL L. MICHEL, CLERK
                                            By: Jennifer Schouest, Deputy Clerk

* * * * * * * * * * * *

TO:

✓ GEORGE PETERSON (BOND)
   Richard J. Richthofen , Jr., Counsel
   rick@rjrlawfirm.com

✓ AUSA:  CHARLES DUSTIN STRAUSS
         charles.strauss@usdoj.gov

✓ U.S. Marshal

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ JUDGE

✓ INTERPRETER – N/A

✓ Special Agent Jared B. Miller, ATF

**If you change address, notify clerk of court by phone, (504) 589-7687**