UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| USA | * | CRIMINAL NO. 22-231 |
| | * | |
| | * | SECTION: "A" (2) |
| VERSUS | * | |
| | * | |
| | * | |
| GEORGE PETERSON | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION AND INCORPORATED
### MEMORANDUM TO MODIFY TERMS OF UNSECURED RELEASE

**NOW INTO COURT** comes the Defendant, George Peterson, who, through undersigned counsel, respectfully requests that this Court to Modify the Terms of the Unsecured Release, allowing him to travel to the Middle District and/or Western District with notice to and permission of his Probation Officer, , for the following reasons:

I.

Mr. Peterson, pursuant to the terms and conditions of his Unsecured Release, he cannot travel outside the Jurisdiction of the Eastern District of Louisiana and further cannot engage in any activities under his FFL, either through PDW Solutions or personally;

II.

That Mr. Peterson owns another company, G Peterson Enterprises, installing and servicing ATM machines;

III.

That there are times when this business requires him to travel to other parts of Louisiana outside the Jurisdiction of the Eastern District of Louisiana for that purpose;

− 1 −

IV.

That G Peterson Enterprises has been contracted to install an ATM Machine at Chi Town Gas & Groceries in Alexandria, Louisiana, a location outside the Jurisdiction of the Eastern District of Louisiana;

V.

That Mr. Peterson has contacted his Probation Officer for permission to leave the Jurisdiction of the Eastern District of Louisiana and travel to the Western District of Louisiana for the aforementioned purpose, and was informed the instant Motion must be filed for specific permission;

VI.

That Mr. Peterson respectfully requests that he be granted permission to leave the Jurisdiction of the Eastern District of Louisiana for the aforementioned purpose;

VII.

Further, Mr. Peterson requests he be permitted to leave the Jurisdiction of the Eastern District of Louisiana for engaging in his ATM business, G Peterson Enterprises, and travel within the Middle District of Louisiana and the Western District of Louisiana, all within the State of Louisiana, with notice to and the permission of his Probation Officer, Iris Contreras without the necessity of filing a Motion for Permission to Leave the Jurisdiction of the Eastern District of Louisiana each time.

VIII.

That Counsel for the Government has been contacted regarding this request to leave the jurisdiction of the Eastern District of Louisiana as well as the additional terms requested herein, and has no objection to this motion. Additionally, the Probation Officer for Pre-Trial Services had been contacted regarding this request to leave the jurisdiction and has no objection to this motion.

**WHEREFORE**, for the reasons set forth above, the Defendant, George Peterson, respectfully prays this Honorable Court to grant him permission to leave the Jurisdiction of Louisiana and travel to the Western District of Louisiana for the purpose of installing an ATM machine and further that the terms of his unsecured release be modified in that he be permitted to travel to the Middle District of Louisiana and to the Western District of Louisiana for business purposes upon notice to and the permission of his Probation Officer, Iris Contreras.

Respectfully submitted,

s/Richard J. Richthofen, Jr.
**Richard J. Richthofen, Jr. (#29663)**
**RICHTHOFEN & ASSOCIATES, LLC**
3900 Canal Street
New Orleans, Louisiana 70119
Office: 504-899-7949
Facsimile: 504-899-2518
Email: rick@rjrlawfirm.com

Counsel for George Peterson

## CERTIFICATE OF SERVICE

I hereby certify that on November 9,, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Richard J. Richthofen, Jr.
RICHARD J. RICHTHOFEN, JR