**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **USA** | * | **CRIMINAL NO. 22-231** |
| | * | |
| | * | **SECTION: "A" (2)** |
| **VERSUS** | * | |
| | * | |
| | * | |
| **GEORGE PETERSON** | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing:

**IT IS ORDERED** that the Defendant, George Peterson, is granted permission to leave the Jurisdiction of the Eastern District of Louisiana and travel to the Western District of Louisiana for the purpose of installing an ATM machine and further that the terms of his unsecured release be modified in that he is now permitted to travel to the Middle District of Louisiana and to the Western District of Louisiana for business purposes upon notice to and the permission of his Probation Officer, Iris Contreras..

**NEW ORLEANS, LOUISIANA, this _____ day of _____, 2022.**

_____
**UNITED STATES DISTRICT JUDGE**