**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **USA** | * | **CRIMINAL NO. 22-231** |
| | * | |
| | * | **SECTION: "A" (2)** |
| **VERSUS** | * | |
| | * | |
| | * | |
| **GEORGE PETERSON** | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

Considering the foregoing:

**IT IS ORDERED** that the Defendant, George Peterson, is granted permission to leave the

Jurisdiction of the Eastern District of Louisiana  and travel to the Western District of Louisiana for

the purpose of installing an ATM machine and further that the terms of his unsecured release be

modified in that he is now permitted to travel to the Middle District of Louisiana and to the Western

District of Louisiana for business purposes upon notice to and the permission of his Probation

Officer, Iris Contreras..

**NEW ORLEANS, LOUISIANA, this** _10th_ **day of** _November_ **, 2022.**

_____
**UNITED STATES DISTRICT JUDGE**