UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **USA** | * | **CRIMINAL NO. 22-231** |
| | * | |
| | * | **SECTION: "A" (2)** |
| **VERSUS** | * | |
| | * | |
| | * | |
| **GEORGE PETERSON** | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# O R D E R

Considering the foregoing:

**IT IS ORDERED** that the trial in the above captioned matter presently set for December 19, 20212at 9:00 a.m. is hereby continued until the _____ day of _____, 2023 at _____ o'clock \_\_\_\_\_ and the pretrial conference presently set for December 7, 2022 at 10:45 am. is hereby continued until the _____ day of _____, 2023 at _____ o'clock \_\_\_\_\_.

This motion is granted after explicitly finding that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial. The finding is made pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv). It is specifically found that failure to grant such a continuance in the case would result in a miscarriage of justice and deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**NEW ORLEANS, LOUISIANA, this _____ day of _____, 2022.**

_____
**UNITED STATES DISTRICT JUDGE**