UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-231 |
| GEORGE PETERSON | SECTION: A |
| | MAG.: 2 |

**MINUTE ENTRY** JS-10:20

On December 1, 2022, the Court held a pretrial conference with the following counsel in attendance: David Haller on behalf of Charles Strauss for the Government; and, Rick Richthofen, Jr. for Defendant George Peterson.

Counsel for the Defendant filed a motion to continue the trial (Rec. Doc. #23) to which the Government does not object. The Court grants this continuance after specifically finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial for the reason that failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Title 18, United States Code, Section 3161(h)(7).

Accordingly;

**IT IS ORDERED** that the **jury** trial in this matter is **CONTINUED** to be reset at the conference to be held on **December 20, 2022 at 11:15 a.m.** The Court grants this continuance after specifically finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial for the reason

```
JS10(00:20)
```

that failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Title 18, United States Code, Section 3161(h)(7);

New Orleans, Louisiana, December 2, 2022

_____
Judge Jay C. Zainey
United States District Judge