UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-231 |
| GEORGE PETERSON | SECTION: A |
| | MAG.: 2 |

### MINUTE ENTRY JS-10:10

Counsel for defendant contacted the court requesting a continuance of the status conference due to medical reasons. Counsel for the Government has no objection to a continuance of the status conference.

Accordingly,

**IT IS ORDERED** that the **STATUS CONFERENCE** in this matter currently set for January 25, 2023 is reset for **March 2, 2023 at 10:45 a.m.**

New Orleans, Louisiana, Tuesday, January 17, 2023.

Judge Jay C. Zainey
United States District Judge

JS10 (00:20)