UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-231 |
| GEORGE PETERSON | SECTION: A |
| | MAG.: 2 |

### MINUTE ENTRY JS-10:10

On March 2, 2023, the Court held a pretrial conference with the following counsel in attendance: Charles Strauss for the Government; and, Rick Richthofen, Jr. for Defendant George Peterson.

Counsel advised the Court as to the status of the case. The Court set a follow-up telephone status conference to pick a trial date.

Accordingly;

**IT IS ORDERED** that a follow-up status conference is set for **April 12, 2023 at 10:30 p.m.**

New Orleans, Louisiana, March 2, 2023

_____
Judge Jay C. Zainey
United States District Judge

JS10 (00:20)