UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-231 |
| GEORGE PETERSON | SECTION: A |
| | MAG.: 2 |

**MINUTE ENTRY** JS-10:10

On April 12, 2023, the Court held a pretrial conference with the following counsel in attendance: Charles Strauss for the Government; and, Rick Richthofen, Jr. for the Defendant George Peterson.

Counsel advised the Court as to the status of the case. The Court set the matter for trial.

Accordingly;

**IT IS ORDERED** that the 2 day jury trial is set for **Monday, June 12, 2023 at 8:30 a.m.**

**IT IS FURTHER ORDERED** that a follow-up status conference is set for **May 11, 2023 at 10:45 a.m.** in chambers.

New Orleans, Louisiana, April 12, 2023

*[signature]*
Judge Jay C. Zainey
United States District Judge

JS10 (00:20)