UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-231 |
| GEORGE PETERSON | SECTION "A" (2) |

### NOTICE OF TRIAL

Take notice that this criminal proceeding is set for TRIAL on **June 12, 2023, at 8:30 a.m.**, before Judge Jay C. Zainey, 500 Poydras Street, Courtroom C-467, New Orleans, LA 70130. A status conference will be held on **May 11, 2023, at 10:45 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: April 13, 2023

CAROL L. MICHEL, CLERK
By: Jennifer Schouest, Deputy Clerk

* * * * * * * * * * * *

TO:

✓ GEORGE PETERSON (BOND)
Richard J. Richthofen, Jr., Counsel
rick@rjrlawfirm.com

✓ AUSA: CHARLES DUSTIN STRAUSS
charles.strauss@usdoj.gov

✓ U.S. Marshal

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ JUDGE

✓ INTERPRETER – N/A

✓ Special Agent Jared B. Miller, ATF

**If you change address, notify clerk of court by phone, (504) 589-7687**