# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

United States of America

vs

George Peterson                    Case No.: 053L 2:22-CR-00231-01 A

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, George Peterson, have discussed with Iris M. Contreras, Probation Officer, the modification of my release as follows:

**Add condition**: The defendant be granted permission to leave the Jurisdiction of the Eastern District of Louisiana and travel to the Middle District of Tennessee for the purpose of securing employment for Trim Light Select as a National Sales Director.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/29/22   Iris M. Contreras   12/29/2022
Signature of Defendant      Date     Pretrial Services/Probation Officer   Date

Assistant United States Attorney Charles Strauss, and Defense Counsel Richard J. Richtchofen were contacted relative to this modification.

[X] The above modification of conditions of release is ordered, to be effective on 12/29/22.
[ ] The above modification of conditions of release is not ordered.

_____            12/2922
Signature of Judicial Officer       Date