UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-231 |
| v. | * | SECTION: "A" |
| GEORGE PETERSON | * | |

\* \* \*

## MOTION TO SUBSTITUE COUNSEL

NOW INTO COURT comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an Order allowing Assistant United States Attorney David Berman to be substituted as lead counsel of record for the United States of America.

WHEREFORE undersigned counsel respectfully requests that Assistant United States Attorney David Berman be substituted as lead counsel of record for the United States of America and, further, that Charles D. Strauss be withdrawn as lead counsel from this matter for the Government.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

/s/ Charles D. Strauss
CHARLES D. STRAUSS
Assistant United States Attorney
Louisiana Bar Roll No. 36039
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3007

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/ Charles D. Strauss*
CHARLES D. STRAUSS
Assistant United States Attorney