UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 22-231 |
| v. | * | SECTION: "A" |
| **GEORGE PETERSON** | * | |

\*   \*   \*

### O R D E R

Considering the foregoing Motion to Substitute Counsel;

**IT IS ORDERED** that Assistant United States Attorney David Berman be and is hereby substituted as lead counsel of record for the United States of America in the above-captioned matter.

**IT IS FURTHER ORDERED** that Charles D. Strauss be and is hereby withdrawn as lead counsel of record in the above-captioned matter for the United States of America.

New Orleans, Louisiana, this _____ day of May 2023.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE