UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-231 |
| GEORGE PETERSON | SECTION: A |
| | MAG.: 2 |

**MINUTE ENTRY** JS-10:20

On May 11, 2023, the Court held a pretrial conference with the following counsel in attendance: David Breman for the Government; and, Rick Richthofen, Jr. for Defendant George Peterson.

Counsel jointly moved to continue the trial. The Court grants this continuance after specifically finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial for the reason that failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Title 18, United States Code, Section 3161(h)(7).

Accordingly;

**IT IS ORDERED** that the **jury** trial in this matter is **CONTINUED** from June 12, 2023 to **August 7, 2023 at 8:30 a.m.** The Court grants this continuance after specifically finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial for the reason that failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for

```
JS10(00:20)
```

effective preparation, taking into account the exercise of due diligence.  Title 18, United States Code, Section 3161(h)(7);

**IT IS FURTHER ORDERED** that a status conference is set for **Tuesday, June 20, 2023 at 2:00 p.m.**

**IT IS FURTHER ORDERED** that the pretrial conference is set for **Thursday, July 6 at 10:45 a.m.**

New Orleans, Louisiana, May 12, 2023

_____
Judge Jay C. Zainey
United States District Judge