UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-231** |
| **GEORGE PETERSON** | **SECTION "A" (2)** |

### NOTICE OF TRIAL AND PRETRIAL CONFERENCE
(Continued from 6/12/2023)

Take notice that this criminal proceeding is set for TRIAL on **August 7, 2023, at 8:30 a.m.**, before Judge Jay C. Zainey, 500 Poydras Street, Courtroom C-467, New Orleans, LA 70130. A final pretrial conference will be held on **July 6, 2023, at 10:45 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  May 15, 2023

CAROL L. MICHEL, CLERK
By: Jennifer Schouest Limjuco,
Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ GEORGE PETERSON (BOND)
   Richard J. Richthofen, Jr., Counsel
   rick@rjrlawfirm.com

✓ AUSA: DAVID M. BERMAN
   david.berman@usdoj.gov

✓ U.S. Marshal

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ JUDGE

✓ INTERPRETER – N/A

✓ Special Agent Jared B. Miller, ATF

**If you change address, notify clerk of court by phone, (504) 589-7687**