UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| USA | * | CRIMINAL NO. 22-231 |
| | * | |
| | * | SECTION: "A" (2) |
| VERSUS | * | |
| | * | |
| | * | |
| GEORGE PETERSON | * | |
| | * | |
| | * | |

*************************************************************************

**O R D E R**

Considering the foregoing:

**IT IS ORDERED** that the Defendant, George Peterson, is granted permission to leave the Jurisdiction of the Eastern District of Louisiana and travel throughout the Continental United States for the purpose of installing an ATM machine and further that the terms of his unsecured release be modified as such for business purposes upon appropriate notice to and the permission of his Probation Officer, Gregory Burch..

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**