UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-231 |
| GEORGE PETERSON | SECTION: A |
| | MAG.: 2 |

**MINUTE ENTRY** JS-10:10

On June 20, 2023, the Court held a pretrial conference with the following counsel in attendance: David Berman for the Government; and, Rick Richthofen, Jr. for the Defendant George Peterson.

Counsel advised the Court as to the status of the case. The Court set deadlines for Motions to be filed prior to trial.

Accordingly;

**IT IS ORDERED** that all defense motions shall be filed by June 30, 2023. The Government shall file its Response by July 14, 2023.

New Orleans, Louisiana, June 20, 2023

_____
Judge Jay C. Zainey
United States District Judge

JS10 (00:20)