UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| USA | * | CRIMINAL NO. 22-231 |
| | * | |
| | * | SECTION: "A" (2) |
| VERSUS | * | |
| | * | |
| | * | |
| GEORGE PETERSON | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**UNOPPOSED MOTION AND INCORPORATED
<u>MEMORANDUM FOR EXTENSION OF TIME TO FILE MOTIONS</u>**

**NOW INTO COURT** comes the Defendant, George Peterson, who, through undersigned counsel, respectfully requests that this Court grant an additional 7 days within which to file motions in this matter, which are currently due June 30, 2023, for the following reasons:

I.

A Pre-Trial conference was held in this matter on June 20, 2023, at which time it was ordered that all Defense Motions be filed by June 30, 2023, with a status set on July 6, 2023 and Trial maintained on August 7, 2023;

II.

That Defense Counsel required additional time to perfect the motions required in this matter, and therefore requests an additional 7 days, or until July 7, 2023 by which to file the aforementioned motions;

III.

That this matter is in negotiation/plea posture and it is anticipated a plea agreement will be reached between the Defendant and Government;

− 1 −

IV.

This is the first such request by the Defendant and Counsel for the Government has been contacted and advised of this request and offers no objection to the same;

**WHEREFORE**, for the reasons set forth above, the Defendant, George Peterson, respectfully requests a 7 day extension, or until July 7, 2023, within which to file the aforementioned motions

Respectfully submitted,
s/Richard J. Richthofen, Jr.
**Richard J. Richthofen, Jr. (#29663)**
**RICHTHOFEN & ASSOCIATES, LLC**
3900 Canal Street
New Orleans, Louisiana 70119
Office: 504-899-7949
Facsimile: 504-899-2518
Email: rick@rjrlawfirm.com
Counsel for Defendant George Peterson

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Richard J. Richthofen, Jr.
RICHARD J. RICHTHOFEN, JR