UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| USA | * | CRIMINAL NO. 22-231 |
| | * | |
| | * | SECTION: "A" (2) |
| VERSUS | * | |
| | * | |
| | * | |
| GEORGE PETERSON | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing Unopposed Motion for Extension of Time to File:

**IT IS HEREBY ORDERED** that the Defendant is granted an additional 7 days within to file any Motions to be considered by the Court in this matter, with the same to be filed by the _____ day of _____, 2023.

**NEW ORLEANS, LOUISIANA, this _____ day of _____, 2023.**

_____
**UNITED STATES DISTRICT JUDGE**