UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-231 |
| GEORGE PETERSON | SECTION: A |
| | MAG.: 2 |

ORDER CONTINUING TRIAL

Due to pending motions, the Court sue sponte continues the trial set for August 7, 2023 after specifically finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial for the reason that failure to grant a continuance would likely result in a miscarriage of justice. Title 18, United States Code, Section 3161(h)(7).

Accordingly;

**IT IS ORDERED** that the **jury** trial in this matter is **CONTINUED** to be reset after the motions are ruled on. The Court continues the trial after specifically finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial for the reason that failure to grant a continuance would likely result in a miscarriage of justice.  Title 18, United States Code, Section 3161(h)(7);

New Orleans, Louisiana, August 4, 2023

Judge Jay C. Zainey
United States District Judge