UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-231 |
| GEORGE PETERSON | SECTION "A" (2) |

## NOTICE OF REARRAIGNMENT

Take notice that this criminal matter is set for REARRAIGNMENT on **August 29, 2023, at 2:00 p.m.**, before Judge Jay C. Zainey, 500 Poydras Street, Courtroom C-467, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

NOTICE TO DEFENDANTS AND COUNSEL:  After the defendant has entered a guilty plea, the U.S. Probation Office shall complete and provide to the Court a Presentence Investigation and Report (PSI). Any defendant on bond and his or her attorney shall report to the U.S. Probation Office immediately following the conclusion of the rearraignment proceeding for an initial interview and to schedule any subsequent interviews.  If a defendant on bond and his or her defense counsel are unable to report to the U.S. Probation Office immediately following the defendant's change of plea, defense counsel must make alternate arrangements with the U.S. Probation Officer prior to leaving the courthouse following the rearraignment proceeding.

| | |
|---|---|
| Date:  August 22, 2023 | CAROL L. MICHEL, CLERK<br>By: Jennifer Schouest Limjuco,<br>Deputy Clerk |

\* \* \* \* \* \* \* \* \* \* \* \* \*

TO:

| | |
|---|---|
| ✓ GEORGE PETERSON (BOND)<br>   Richard J. Richthofen, Jr., Counsel<br>   rick@rjrlawfirm.com | ✓ AUSA: DAVID M. BERMAN<br>          david.berman@usdoj.gov |
| | ✓ U.S. Marshal |
| | ✓ U.S. Probation Office |
| | ✓ U.S. Probation Office - Pretrial Services Unit |
| | ✓ JUDGE |
| **If you change address,<br>notify clerk of court<br>by phone, (504) 589-7687** | ✓ INTERPRETER – N/A<br><br>✓ Special Agent Jared B. Miller, ATF |