MINUTE ENTRY
ZAINEY, J.
AUGUST 29, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-231 |
| GEORGE PETERSON | SECTION: "A" |

## REARRAIGNMENT

Court Reporter: Nichelle Wheeler
Case Manager: Jennifer Schouest Limjuco
Judicial Assistant: Pamela Angelette
Law Clerks: Paul Hubbell and Everett Stanley

APPEARANCES:
    David M. Berman, Counsel for the government
    Richard Richtofen, Jr., Counsel for defendant
    Toni Alridge, U.S. Probation Officers
    George Peterson, Defendant

Case called: 2:25 p.m.
Defendant present to withdraw former plea of Not Guilty and enter a plea of Guilty as to count 1 of the Indictment.
Defendant was sworn and questioned by the Court.
Reading of Indictment waived and summarized.
Defendant informed of rights to trial by jury or the court and waived same.
Defendant informed of the maximum penalties.
Defendant informed of the sentencing guidelines.
Defendant entered a plea of guilty.
Government authenticates Plea Agreement with attachment A and same is ordered filed into the record. Attachment A to be filed UNDER SEAL.
Government authenticates Factual Basis and same is ordered filed into the record.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentence investigation is ORDERED.
Sentencing set for November 28, 2023, at 10:30 a.m.
Defendant released on same bond until Sentencing.
The pretrial conference and trial of this defendant are cancelled.
Hearing completed: 3:10 p.m.

JS-10:  0:45