UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-79 |
| v. | * | SECTION: "A" |
| GEORGE PETERSON | * | |
| | * | |

\* \* \*

## FACTUAL BASIS

Defendant **GEORGE PETERSON** ("**PETERSON**") has agreed to plead guilty to the single-count Indictment charging him with possession of an unregistered firearm silencer and firearm muffler in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871. Should this matter have gone to trial, the United States would have proven the following facts beyond a reasonable doubt through credible testimony and reliable evidence. Unless otherwise specified, each of these acts occurred in the Eastern District of Louisiana.

On June 29, 2022, Special Agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) executed a search warrant at 233 Modern Farms Road in Waggaman, Louisiana. The property was **PETERSON**'s personal residence as well as the storefront location for his business, PDW Gun Solutions, LLC, a federal firearms licensee.

During the search, ATF agents discovered a firearm silencer and firearm muffler (hereinafter, firearm silencer) inside a cardboard box with a shipping label addressed to **PETERSON** at 233 Modern Farms Road. The box was in a safe in a closet in **PETERSON**'s bedroom.



AUSA DB
Defendant
Defense Counsel

 

The firearm silencer is a black, non-ferrous metal, cylindrical device approximately 5.38 inches long with an outside diameter of approximately 1 inch. It has no visible markings, such as a serial number, manufacturing mark, or other identifier.

The firearm silencer contains front and rear end-caps, an outer tube, and multiple baffles. The front end-cap is externally threaded to attach to the outer tube. The outer tube is a section of pipe which has interior threads on each end to accept the front and rear end-caps. Inside of the outer tube is a series of eight individual "K" baffles, a known silencer baffle design. Each of the baffles is stacked to create a separation between each individual expansion chamber. The rear end-cap is externally threaded to attach to the outer tube and features a centrally located hole which is threaded to facilitate attachment to a firearm. Each of the baffles, along with the front and rear end-caps, features a centrally located hole to facilitate the passage of a projectile. The baffles are stacked within the device in such a way that the rear of the device incorporates a larger initial blast chamber. Each baffle has an additional hole drilled through the outside wall which is known as a "port," a known baffle design which causes the resultant gases from firing ammunition to flow through the "port" and into the individual baffle chambers to further slow, create turbulence in, and redirect the flow of hot propellant gases. These design and construction characteristics are consistent with firearm silencers.



AUSA OB
Defendant
Defense Counsel

The firearm silencer was subsequently tested at the ATF test facility and confirmed to be capable of diminishing the sound report of a firearm. ATF examination also revealed grey residue on the internal components of the firearm silencer consistent with the byproduct of burnt propellent powder, indicating that ammunition had been fired through the firearm silencer prior to it being seized by the ATF.

A thread adaptor, metal jig, and drill bit were also found inside the cardboard box next to the firearm silencer. **PETERSON** used these tools to drill a centrally located hole through the metal cylinder and "K" baffles inside of it, creating an operable firearm silencer.

The drilled-through cylindrical metal device found in **PETERSON**'s bedroom is a "firearm silencer" and "firearm muffler" under Title 18, United States Code, Section 921(a)(25). It is also a "firearm" under Title 18, United States Code, Section 921(a)(3) and Title 26, United States Code, Section 5845(a). **PETERSON** knew that the device was a firearm silencer and knowingly possessed it. The firearm silencer was in operating condition. The firearm silencer was not registered to **PETERSON** in the National Firearms Registration and Transfer Record.

3



AUSA DB
Defendant
Defense Counsel

Limited Nature of Factual Basis

This proffer of evidence is not intended to constitute a complete statement of all facts known by **PETERSON**. Rather, it is a minimum statement of facts intended to prove the necessary factual predicate for his guilty plea.

_____  8/29/23
DAVID BERMAN                (Date)
Assistant United States Attorney


_____  8/29/23      _____  8/29/23
RICHARD J. RICHTHOFEN, JR.  (Date)      GEORGE PETERSON              (Date)
Attorney for Defendant Justin Henry     Defendant