UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-231 |
| GEORGE PETERSON | SECTION "A" (2) |

### NOTICE OF SENTENCING

Take notice that this criminal proceeding is set for SENTENCING on **November 28, 2023, at 10:30 a.m.**, before Judge Jay C. Zainey, 500 Poydras Street, Courtroom C-467, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: September 5, 2023                          CAROL L. MICHEL, CLERK
                                                 By: Jennifer S. Limjuco, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ GEORGE PETERSON (BOND)          ✓ AUSA: DAVID M. BERMAN
  Richard J. Richthofen, Jr., Counsel      david.berman@usdoj.gov
  rick@rjrlawfirm.com

                                   ✓ U.S. Marshal

                                   ✓ U.S. Probation Office

                                   ✓ U.S. Probation Office - Pretrial Services Unit

                                   ✓ JUDGE

**If you change address,**             ✓ INTERPRETER – N/A
**notify clerk of court**
**by phone, (504) 589-7687**           ✓ Special Agent Jared B. Miller, ATF