UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| USA | * | CRIMINAL NO. 22-231 |
| | * | |
| | * | SECTION: "A" (2) |
| VERSUS | * | |
| | * | JUDGE JAY C. ZAINEY |
| | * | |
| GEORGE PETERSON | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION AND INCORPORATED
MEMORANDUM TO CONTINUE SENTENCING**

**NOW INTO COURT** comes the Defendant, George Peterson, who, through undersigned counsel, respectfully requests that this Court continue the sentencing presently set for November 28, 2023 at 10:30 am.for the following reasons:

I.

That although there is no formal objection to the PSI in this matter, the Defendant and undersigned counsel have some issues with language contained therein. To that end, a Sentencing Memorandum is being compiled for the Courts consideration and additional time is required to put together all of the components, including character information. The PSI was available October 24, 2023 for review by Counsel and the Defendant.

II.

That this is the first setting for sentencing in this matter since the re-arraignment on August 29, 2023

III.

− 1 −

Counsel for the Government has been contacted regarding this request for a continuance and has no objection to this motion.

**WHEREFORE**, for the reasons set forth above, the Defendant, George Peterson, respectfully requests a continuance of the sentencing date for a period of 90 days.

> Respectfully submitted,
> s/Richard J. Richthofen, Jr.
> **Richard J. Richthofen, Jr. (#29663)**
> **RICHTHOFEN & ASSOCIATES, LLC**
> 3900 Canal Street
> New Orleans, Louisiana 70119
> Office: 504-899-7949
> Facsimile: 504-899-2518
> Email: rick@rjrlawfirm.com
> Counsel for Defendant George Peterson

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> s/Richard J. Richthofen, Jr.
> RICHARD J. RICHTHOFEN, JR