UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| USA | * | CRIMINAL NO. 22-231 |
| | * | |
| | * | SECTION: "A" (2) |
| VERSUS | * | |
| | * | |
| | * | |
| GEORGE PETERSON | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Unopposed Motion to Continue Sentencing considered,

**IT IS HEREBY ORDERED** that the sentencing hearing in the above captioned matter presently set for November 28, 2023 at 10:30 o'clock am be and hereby is reset to the

_____ day of _____, 20\_\_\_\_, at _____ o'clock _____.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**