UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-231 |
| | * | |
| | * | SECTION: "A" (2) |
| VERSUS | * | |
| | * | |
| | * | |
| GEORGE PETERSON | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Unopposed Motion to Continue Sentencing considered,

**IT IS HEREBY ORDERED** that the sentencing hearing in the above captioned matter presently set for November 28, 2023 at 10:30 o'clock am be and hereby is reset to the \_\_\_9th\_\_\_ day of \_\_\_January\_\_\_, 2024, at \_\_10:30\_\_ o'clock \_a.m.\_.

NEW ORLEANS, LOUISIANA, this \_\_17th\_\_ day of \_\_November\_\_, 2023.

_____
UNITED STATES DISTRICT JUDGE