UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-231** |
| **GEORGE PETERSON** | **SECTION "A" (2)** |

### NOTICE OF SENTENCING
(Previously set 11/28/2023)

Take notice that this criminal proceeding is reset for SENTENCING on **January 9, 2024, at 10:30 a.m.**, before Judge Jay C. Zainey, 500 Poydras Street, Courtroom C-467, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  November 21, 2023                              CAROL L. MICHEL, CLERK
                                                     By: Jennifer S. Limjuco, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ GEORGE PETERSON (BOND)
   Richard J. Richthofen, Jr., Counsel
   rick@rjrlawfirm.com

✓ AUSA: DAVID M. BERMAN
         david.berman@usdoj.gov

✓ U.S. Marshal

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ JUDGE

✓ INTERPRETER – N/A

✓ Special Agent Jared B. Miller, ATF

**If you change address,
notify clerk of court
by phone, (504) 589-7687**