UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 22-CR-00231** |
| **v.** | * | **SECTION: "A"** |
| **GEORGE PETERSON** | * | |
| | * * * | |

### PRELIMINARY ORDER OF FORFEITURE

Considering the motion and brief of the United States for issuance of a preliminary order of forfeiture in the above-captioned case, and for the reasons stated therein;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the following properties are subject to forfeiture pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), are hereby forfeited to the United States of America:

> One (1) black cylinder which is a firearm silencer and firearm muffler.

**IT IS FURTHER ORDERED** that, upon the imposition of sentence on the defendant, **GEORGE PETERSON,** this preliminary order of forfeiture shall become final as to the defendant, shall become part of the sentence, and shall be included in the Judgment nunc pro tunc, as if copied therein in extenso.

**IT IS FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), the United States shall provide written notice to any person other than the defendant having or claiming a legal interest in said properties and, for 30 consecutive days, shall publish at www.forfeiture.gov notice of its intent to dispose of the above-described forfeited properties in such a manner as the Attorney General may direct.  The notice shall state that the petition shall be for a

hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited properties, the time and circumstances of petitioner's acquisition of the right, title, and interest in the forfeited properties, any additional facts supporting the petitioner's claim, and the relief sought.  The United States shall also send notice to any person who reasonably appears to be a potential claimant with-standing to contest the forfeiture in the ancillary proceeding.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e), and that upon adjudication of any third-party interests, the Court shall enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c)(2), in which all interests shall be addressed.

New Orleans, Louisiana, this __28th__ day of November, 2023.

                                                HONORABLE JAY C. ZAINEY
                                                UNITED STATES DISTRICT JUDGE