9/20/2023

From:      Dennis P. Burke
                6525 Gladys St
                Metairie, Louisiana 70003

Subject:    George Peterson


Dear Judge Zainey,

I am writing this letter on behalf of my good friend, George Peterson.

I have known George for about ten years now.  I first met him when he founded a small group to study our nation's Constitution.  I was so impressed with George's forthright attitude and love of country that I became a member.

Prior to covid, we met once a month.  During those monthly meetings our small close-knit group not only studied the Constitution and other related documents, we also studied each other, so to speak, since such meetings also tend to have a healthy social component.  I feel I know the real George Peterson and am quite comfortable recommending his character.

We are back on our monthly schedule.  I am glad once again to meet with the group on a regular basis with George as our leader.

I have come to know George Peterson as a loyal family man and a loyal American.  He is an all-around good guy and I don't think it is a stretch to say I would trust him with my life.

Please feel free to phone me at 504-460-6302 if you have any questions.

* * *

Here is a bit of my background so you will know something of who is writing this letter on behalf of George Peterson.

I am 75 years old and have been married for 53 years (and counting) and have five children.  As you might expect, I am retired.  I worked for the Louisiana Department of Transportation for thirty-three years as an engineer.  Nineteen of those years in the Construction Section and fourteen in the Maintenance Section.  I have worked both in the New Orleans District and the Hammond District.

Sincerely,

*Dennis P. Burke*

Dennis P. Burke