

# DOMINICK F. IMPASTATO, III
## COUNCILMAN, DISTRICT 4
### JEFFERSON PARISH

SUITE 1015
1221 ELMWOOD PARK BLVD.
JEFFERSON, LOUISIANA 70123
OFFICE: (504) 736-6622

1 November 2023

RE:   George Peterson
      Jefferson Parish Resident

To whom it may concern:

    I write herein to provide some insight into my experiences with George Peterson. I came to know Mr, Peterson through my election to public office, beginning while I was a Councilman for the City of Kenner.  George has been an active citizen exercising his civic duties to advocate on issues that he believes affect Jefferson Parish.  He has often acted as a watchdog for elected officials, calling into question issues of fiscal responsibility, moral responsibility, and ethics in office.

    Candidly, there was a time that George was quite inquisitive concerning my motivations for office and my stance on several issues related to Jefferson Parish government.  However, my appreciation for his position was that, while he was inquisitive and concerned, his goal appeared to be to obtain the truth, even if it may have contradicted his own pre-conceived suspicions.  Thus, while many individuals simply press an agenda, regardless of the truth and facts, my experience with Mr. Peterson is that his goal was to simply advocate for the best interests of the parish and to hopefully gain valuable insight into the motivations and goals of the elected officials.  Once satisfied, he is a staunch advocate for the public good and willing to defend the motivations of elected officials with whom he has interacted in a positive manner.  To that end, once he was able to hear my positions on various issues, and once he was able to see that my actions were consistent with my verbiage, he has been a willing advocate and one who is willing to advise the public that their interests are adequately protected, despite even prior concerns that he has expressed.

    In addition, there have been various issues in which Mr. Peterson has volunteered his assistance and provided meaningful assistance on issues of public concern.  On two issues in particular, I was provided research and ideas from other jurisdictions that Mr. Peterson had gathered in order to assist my review of these two issues.  This research he provided gave me the catalyst for further work and independent research on my part, which greatly assisted my review of these issues.  Mr. Peterson appeared to have no vested interest and no personal gain on any of those issues, but he simply illustrated to me that he has genuine concern for the best interests of his community.  He has exhibited to me a genuine willingness to perform labor as needed to assist elected officials to help improve our community.

      In short, my experiences with Mr. Peterson have been positive. While I am unsure of the nature and need for such character reference, I can simply state that I have had a positive interaction with him, and I have been able to better serve the community as a result of assistance he has previously provided me.

      Please contact me if you have any further questions regarding his selection.

Sincerely,

Dominick F. Impastato, Councilman
Jefferson Parish District 4