To Whom It May Concern,

    I enthusiastically volunteered to write a letter of support for Mr. George Peterson. I have known George for the past 15 years and I have found him to be a strong determined man, with sound convictions, and unwavering honesty.

    Shortly after meeting George, I wanted to purchase a firearm from him and in haste forgot my driver's license at home. When I reached for my wallet, which was at home, George informed me that he would be unable to process the sales transaction without a valid driver's license. I reminded him that I was a police officer and he stood firm and required that I go home and retrieve my license, and I made a sarcastic comment, "I should have known you are a rule nerd," and his response was, "always!"

    I can say without hesitation, I believe George Peterson is one of the most honest business man I have ever had the good fortune to do business with. I would encourage you to sit down and have a conversation with him, spend some time getting to know him, and I assure you my opinion of him will become your opinion as well.

    In closing, George is what every small business owner desires to achieve in our country, honest, sound business dealings, attention to detail, and genuine pride in the services he provides.

    My believe in George, and my unwavering support, will remain loyal regardless of the difficulties that come to George, and all of us.

    I respectfully request my genuine comments will be of value to you.

*[signature]*

Gary Warren
4101 Hessmer Avenue #301
Metairie, LA 70002
504.616.5101
gary.warren@lcmchealth.org