

To whom it may concern,

My name is Rev. Isaiah Stewart, I am the husband of one wife and father of two amazing boys. I currently serves as the executive pastor of the House of Healing Outreach Ministry located here in New Orleans. I serve as the Program Director for Essential Care Services, which is a mental health company specializing in intensive outpatient therapy. I am the owner of Angel Arms NOLA, which is the premiere New Orleans firearms training company. We specialize in conceal carry, personal defense, home defense, and church defense. I am also co-owner of Exodus Security Services.

I have known Mr. Peterson for Approximately 4.5 years. I discovered that we had the same firearm training mentor. Mr. Peterson and I exchanged numbers and have engaged in several meaningful conversations over the years. After bonding over similar ideologies, a friendship began. Mr. Peterson being a man of faith has engaged me in all the hats that I wear. From assisting him with the issues of life from a spiritual standpoint, to providing him pointers of how to teach the conceal carry course, to patronizing each other's business, he has been a standup guy. Mr. Peterson has been a man of great moral character, as a Marine Vet her embodies the basic principles of a soldier.

I have seen him personally be an ally with advocating for African American gun ownership and training. He has been on the front lines of this effort for several years. When I was legally exposed, Mr. Peterson took me to lunch in 2019 to Mona's café and personally explained the importance of having legal coverage, thus protecting my assets, I am forever grateful for that action.

I believe that Mr. Peterson is an asset to his local community and the community at large. He has been the little guy, and I have supported his business since day one. He is always helpful with knowledge and get the job done every time something is asked of him. Mr. Peterson is a man of his word, and has stuck by what he said, for years.

Sincerely,

Isaiah Stewart

3805 Burntwood Dr.

Harvey , LA 70058

(C) 504.612.4663