September 5, 2023

I am writing this letter concerning George Peterson.

I have known George Peterson for 20 + years. We both live on Modern Farms Road.

I started a Civic Association around 2002 because of things that were about to happen in our community that was going to have a detrimental effect on our community. I met George at that time. I became the President and George was elected the Vice President. We did well together and had a good working relationship.

We as a Civic Association accomplished many goals and fought hard to get many things done in our community. We were well known to the elected officials as a knowledgeable and civic minded organization. We were not afraid to question officials about things that were wrong and goals we were trying to achieve. We were respected and feared because of that.

George and I served for over 10 years together and I can honestly say that we never had a bad word between us or had any difficulty working together on our goals. George has always been a firecracker that was not afraid to speak his mind. It is a wonderful trait that helped us as a civic association get people to join us in getting things done. A lot of public officials, past and present knew George and myself, as the founders and leaders of the S-1 Civic Group. This group is still going strong since we both retired.

George and I worked together tirelessly for the betterment of our community, and I know from working with him that this community, Waggaman, is in better shape than before we started.

I, as a father of 8, a multiple business owner for over 50 years, and a lifelong resident of Jefferson parish can honestly say that I feel I am a pretty good judge of character. Working with George in and around our community has proven to me that he has and is a valuable asset to the community.

Thanks,

*[signature]*

Keith Ritchie Kiraly

320 Modern Farms Road

Waggaman, La. 70094

504-415-6192

1