Kelly A. Coleman
18 Dolores Dr.
Waggaman, La 70094

September 26, 2023

Re: Mr. George Peterson

The Honorable Judge Jay Zainey,

I am writing this letter on behalf of Mr. George Peterson. I am a resident of the Waggaman community and have been for my entire life. I have watched my community grow and change over the years, and in many aspects some of which have been negative.

I have known Mr. Peterson for many years having seen him at various events in the community such as Night Out Against Crime and civic association meetings. George has a genuine concern for the community we live in and the spike in violent crimes that have been plaguing the city of Waggaman over the last few years.

I can recall when he started his business PDW Solutions. He was genuinely excited to tell me about all the ways that he could help me to feel safe in my own home. He was more interested in helping people than he was over charging people for goods and services like so many do in today's market.  I was also excited to learn of his certification as a firearms safety instructor to teach the concealed carry class in a location that was close to home for me, but also giving back to first responders and their families by offering free firearms safety courses. He's been a big proponent to holding the landfills accountable for the odors that have made many sick, not only in the Waggaman community but others on the Eastbank of Jefferson Parish. He fought tirelessly to stop land developers from spot zoning in Waggaman, therefore preventing the possibility of decreased property values for not only long-time residents but new potential residents as well.

George is a dedicated husband and father and everyone that knows him respects him and has had nothing but kind things to say about him. His patriotism is unparalleled and is shown in his dedication to hosting many 9/11 commemorative events in Jefferson Parish and his willingness to work with local and state government officials to curb political corruption. Mr. Peterson has exhibited his love for his community in many ways throughout the years and is truly an asset to the people of Waggaman.

Sincerely,

*Kelly A Coleman*

Kelly A. Coleman