Date: 11/20/2023

From: Kevin Miller

Title: FBI Special Agent

Subject: George Peterson character reference

To whom it may concern:

    My name is Kevin Miller, and I am a Special Agent with the FBI, and have been so employed since 2009. I was first assigned to the New Orleans Division, where I investigated national security matters, to include domestic terrorism. As an FBI Agent, it was important to build a liaison network in the local community, especially with individuals involved in the sale of firearms and firearms accessories. It was in this community where I met George Peterson.

    I first met George during an investigation where I believed George was a potential witness. During our interaction, I saw George as an honest businessman who wanted to be helpful to the FBI. After that, I maintained contact with George regarding potential topics of interest to the FBI. He was always forthcoming and would regularly reach out when he had information he felt would be of interest to the FBI. Throughout our years of collaboration, I've believed George to be honest, patriotic, and of good character.

    Please feel free to contact me with any additional questions.

Sincerely,

Kevin C. Miller

*[signature]*

Cell phone: +1 (504) 382-8068

Email: kcmiller@fbi.gov