Lenar Whitney, Republican National Committeewoman from Louisiana
300 Wilson Avenue
Houma, Louisiana 70364


Judge Jay Christopher Zainey
United States District Court Judge
The Eastern District of Louisiana


Dear Judge Zainey,

I hope this letter finds you in good health and enjoying the beginning of the Holiday Season.

I am writing to you today in reference to the outcome of a case you have been assigned relating to George Peterson.

George is a great friend of freedom and of America and a dear friend of mine.

George gives of himself tirelessly in the cause of advancing freedom, protecting the rights of all Americans, and most importantly, protecting our God-given Righ-to-Bear-Arms.  George's strident belief in our 2nd Amendment rights has placed him in a unique position, as a firearms dealer, to educate gun owners about how to handle their firearms as well as what to do and not to do in order to secure those rights.

George has donated his time to me and to the Republican Party to help conduct training, demonstrations, and has offered himself to serve as a transportation assistant for moving VIPs and guest speakers at our State Convention…  All for no compensation… just a desire to serve.

George is a valuable asset to TEAM AMERICA and his selfless commitment to do the things he knows are right is a blessing to all of us and he truly honors our State and the Country in his service.  Thank you for whatever considerations you can extend to him.

Sincerely,

*Lenar L Whitney*
Lenar Whitney