Larry Frederick
Live Oak Manor Fire Department
404 Azalea Drive
Waggaman, LA 70094
October 5, 2023

To Whom It May Concern,

On behalf of the administration, employees, and volunteers here at the fire department we would like to formally submit this character reference letter regarding Mr. George Peterson. I, Larry Frederick, am the Fire Prevention Officer as well as the Public Information Officer here at the fire department. I have been serving in this department since 2011 and have known Mr. Peterson most of my tenure. Mr. Peterson has been a pillar in the community for as long as I can remember. Having been a bail bondsman in my spare time I personally have visited and purchased from his business numerous times. Regarding his character I believe that there is no question Mr. Peterson is a stand-up individual who seeks to serve his community in the best way possible.

Upon the first visit to Mr. Peterson's business, there were signs posted outside not only stating you were on camera, but also signs stating that if you smelled like marijuana or appeared to be under the influence of any alcohol or drugs you would be turned away immediately. Shortly after my first visit to his business, a partnership of sorts was formed between his business and the fire department. Mr. Peterson began offering a 9/11 commemorative concealed carry permit course that was completely free of charge for all first responders. Many of our firefighters and local EMS personnel attended these courses and obtained their permits. This has become an annual deal that members of the community look forward to.

Not only did Mr. Peterson provide the conceal carry course free of charge, but he has actively pursued becoming a member of our fire department as well. He has the desire to provide a service to the community in any way he could. Mr. Peterson is a former member of the community civic association, he provides multiple seminars at local events regarding gun safety and other self-defense topics, and occasionally has us respond to his residence for food (Not to eat but to check his smoke detectors when he burns the food).

While strong in his beliefs and opinion, it is the collective agreement of everyone here at Live Oak that Mr. Peterson is nothing but passionate regarding the community and the people residing there. His continued providing of education to citizens who seek it out and his proactive approach to the issues surrounding the community is virtually unmatched. Being very versed in his rights not only locally but his constitutional rights as well, we believe that Mr. Peterson is nothing short of a model citizen that was wronged by an organization that swore an oath to uphold the laws set forth by the same constitution he lives his life adhering to.

This letter is supported by all nine fire department employees, the administration and board of directors, as well as the membership of the fire department. The signature at the bottom of this document by Mr. Larry Frederick, shall serve as collective representation from those listed above. We appreciate your consideration of our word as it pertains to Mr. Peterson and hope that the appropriate actions are taken regarding his current affairs.

Sincerely,


Larry Frederick
Live Oak Manor Fire Department
Fire Prevention Officer