Louis J White<br>
122 Florence Drive<br>
Hammond, LA 70123

Reference: George Peterson's Character

To Whom it May Concern,

My Name is Louis J. White, I live at 122 Florence Dr. Hammond, Louisiana 70401-1206. I am a Veteran having served over twelve years with the Air Force and Louisiana Air National Guard. I am active with Harahan Veterans of Foreign Wars Post 3267, Metairie American Legion Post 307 and Springfield AMVETS Post 68. I am a National Rifle Association Certified Firearms Instructor, and former Louisiana State Police Certified Instructor for Concealed Carry Training. I am a founding member of the Louisiana Constitution Bootcamp and have studied Constitutional Law through Yale University. I also have received the Presidential Volunteer Service Award several times with my volunteering with the American Red Cross, Boy Scouts of America. A former Firefighter and Emergency Medical Technician with several Volunteer Fire Department, was an Adult Literacy Tutor, and volunteered with many other organizations serving the communities I have lived in.

From the many years I have known George Peterson as a friend and business associate and can attest to George Peterson character as being ethical, trusted, honest, hardworking and a constitutional law-abiding citizen of the community and the United States of America.

I have known George Peterson since approximately 2014 when we inadvertently met several times and realized that we both share the same love for the Constitution, The United States, The State of Louisiana, and our communities. I have worked and studied alongside George Peterson as we put together the Louisiana Constitution Bootcamp, worked on several political campaigns, and were partners in a seasonal business venture. In observing George Peterson when he was an elected Committee Member of the Louisiana Republican Party, I saw his resolve to keep his integrity, while advocating for a return to a constitutional government. When he made compromises, it was without compromising his integrity! Something so rare nowadays in politics. I am Proud to call George Peterson a dear friend and fellow patriot and attest to his character as a law-abiding citizen.

We were taught by our Founding Fathers to maintain the freedoms and rights granted by our Creator. My oath of enlistment was to preserve, protect and defend the constitution. Sometimes actions seem unlawful as it opposes the laws enacted by our legislatures. But a law that is in opposition to the limits or constraints placed upon our governments by the Supreme Law of the Land is unconstitutional and needs to be challenged. For reason, I cannot comprehend the plain text and clear meaning of the Second Amendment has been ignored by our governments since at least with the passage of the National Firearms Act of 1934.

Respectfully,

*[signature: Louis White]*