Randolph A. Bazet III
rabazet@bellsouth.net

November 3, 2023

The Honorable Judge Jay Zainey,

My name is Randolph A. Bäzet III. I am a resident of Terrebonne parish as well as a current business owner, a sitting member of the Louisiana GOP RSCC Dist. 21F for 3 terms, state licensed Real-estate broker, FAA pilot with multiple ratings, State board cert science instructor, Current state CCP holder, member of the Gun Owners of America, Firearms Policy Coalition and Life Benefactor and life endowment member of the National Rifle Association. I am an avid outdoorsman. I have work and volunteer experience in many fields to include but not limited to coastal restoration research, education, land development, residential housing, capital financing, disaster relief logistics planning and implementation, political outreach programs and church work as a vestry member.

In referencing the character aspects of Mr. Peterson, I can state without doubt that in no way is he a dangerous threat to the public. I have known Mr. Peterson now for almost a decade. Our first meeting was during his term as a fellow member of the Louisiana GOP RSCC. Mr. Peterson is a devout Conservative and Constitutionalist. He has spent a great deal of his personal time devoted to promoting conservative politics and education to the public in several fields. To include but not limited to: facilitating the monthly Constitution Bootcamp and personal weapons training as a NRA certified CCP firearms instructor. He has always been an honest and true friend in need to those who have needed an attentive ear in dealing with the unfortunate challenges life places on our paths at times. I can attest to witnessing this firsthand. If someone needed a moment "George "would make time to listen.

In addition to the aforementioned, Mr. Peterson is a dedicated husband and father. He has always worked tirelessly to provide a stable home for the benefit of his family while holding at minimum 2 sources of income on his own or while working for others. Mr. Peterson has always had a strong work ethic and has never been cowardly from committing

himself to late nights and long hours to achieve what is necessary these days to provide for his family.

    Mr. Peterson again is a caring human being with noble ideas that may not always fit into the cookie cutter molds of what liberal minds sets think or the social constructs or contracts they develop or promote as correct.  Despite whatever differences or deviations that may exist.  I have always known Mr. Peterson to fight for true freedom, liberty and equality.  His personal philosophies and choices have always reflected his public actions.   He is steadfast and unwavering.  He is indeed a true friend and above all else a believer in America and its ideals.


Best regards

*[signature]*

Randolph August Bäzet III