November 26, 2023

The Honorable Jay C. Zainey, Judge
Eastern District of Louisiana, U.S. District Court
500 Poydras Street, Room C455
New Orleans, LA 70130

Re: Character Reference for Mr. George Peterson

Your Honor:

I am writing to provide a character reference for Mr. Peterson, whom I have had the privilege of knowing for almost a decade. As an attorney and an elected official, I have had numerous opportunities to interact with Mr. Peterson in various capacities, and I have consistently been impressed by his unwavering commitment to his family and his community.

Mr. Peterson is a devoted family man who places a high value on the well-being and happiness of his loved ones. His love for his family is evident in the way he prioritizes their needs and actively participates in their lives. Furthermore, Mr. Peterson's dedication to his family serves as a testament to his strong beliefs, which are reflected in his interactions with others and his contributions to the community. I have had the opportunity to witness Mr. Peterson passionately advocate for the betterment of his community, speaking passionately on issues that affect the lives of its neighbors. His ability to communicate the concerns of his community and his approach to finding solutions has left a lasting impression on many.

In summary, Mr. Peterson's unwavering dedication to his community, coupled with his strong belief system, make him an integral member his community. I firmly believe that these qualities should be taken into consideration when assessing his character.

Sincerely,

Kyle Green
P.O. Box 291
Marrero, LA 70073