To whom it may concern,

I am writing to provide a character reference for George Peterson, whom I have had the privilege of knowing personally. George is a man of unwavering integrity, exceptional reliability, and a commendable work ethic. In our interactions, he has consistently demonstrated a commitment to his word and has been a reliable source of support in times of need.

Beyond his personal attributes, George exemplifies a strong sense of patriotism. As an active member of the NRA, he passionately advocates for the principles he believes in. During times of crisis, such as Hurricane Ida, George has been instrumental in aiding the community. His efforts in providing resources to local drop-off points and coordinating pickups for those in need showcase his selfless dedication to the well-being of others.

George's commitment to preserving our city's heritage is evident through his active involvement in protecting monuments and historic statues. Attending countless meetings to advocate for the constitution, he stands as a strong pillar in safeguarding the values that define our community.

In summary, George Peterson is a man of exceptional character, embodying honesty, reliability, and a deep sense of patriotism. I wholeheartedly endorse him and believe he would be a valuable asset in any endeavor he chooses to pursue.

Sincerely,

*William Farmer*

William Farmer
159 Butsys Lane
Raceland, LA 70394