UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-231 |
| v. | * | SECTION: A |
| GEORGE PETERSON | * | |

\* \* \*

**GOVERNMENT'S MOTION FOR THREE LEVEL
DECREASE PURSUANT TO U.S.S.G. § 3E1.1(B)**

The United States of America respectfully moves this Court to grant the defendant, George Peterson, a three-level decrease for early acceptance of responsibility. In support thereof, the Government states as follows:

1. United States Sentencing Guideline § 3E1.1 provides that:

    (a) If the defendant clearly demonstrates acceptance of responsibility for his offense, decrease the offense level by 2 levels.

    (b) If the defendant qualifies for a decrease under subsection (a), the offense level determined prior to the operation of subsection (a) is level 16 or greater, and upon motion of the government stating that the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently, decrease the offense level by 1 additional level.

2. According to the Final Presentence Investigation Report, Peterson's Adjusted Offense Level is 18. *See* R. Doc. 56 ¶ 24.

3. Peterson notified the Government of his intention to enter a plea of guilty in a timely fashion, permitting the Government to avoid preparing for trial.

**WHEREFORE**, the Government moves this Court to grant defendant George Peterson a three-level reduction for acceptance of responsibility.

New Orleans, Louisiana, January 5, 2023.

                                        Respectfully submitted,

                                        DUANE A. EVANS
                                        UNITED STATES ATTORNEY

                                        *s/David Berman*
                                        DAVID BERMAN
                                        Assistant United States Attorney
                                        U.S. Attorney's Office (E.D. La.)
                                        650 Poydras Street, Suite 1600
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 680-3052
                                        E-Mail: david.berman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        *s/David Berman*
                                        DAVID BERMAN
                                        Assistant United States Attorney