UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-231 |
| v. | * | SECTION: A |
| GEORGE PETERSON | * | |

\* \* \*

**O R D E R**

Considering the foregoing Motion by the United States, and the defendant's timely acceptance of responsibility;

**IT IS HEREBY ORDERED** that the defendant's offense level shall be decreased by three levels, pursuant to U.S.S.G. § 3E1.1(b).

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE