MINUTE ENTRY
ZAINEY, J.
JANUARY 9, 2024

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-231 |
| GEORGE PETERSON | SECTION: "A" |

### SENTENCING

Court Reporter: Samm Morgan
Case Manager: Jennifer Schouest Limjuco
Judicial Assistant: Pamela Angelette

APPEARANCES:
    David M. Berman, Counsel for the government
    Richard J. Richthofen, Jr., Counsel for defendant
    Tamika Jackson, U.S. Probation Officer
    George Peterson, Defendant

Case called: 11:19 a.m.
Defendant was present.
Court acknowledges letters received from friends and family.
Statements made by defendant in mitigation of sentence.
Statements made by defense counsel in mitigation of sentence.
Statements made by AUSA regarding sentence.
Defendant sentenced to count 1 of the Indictment.
See Judgment.
Defendant released on same bond pending appeal.
Hearing completed: 12:29 p.m.

JS-10:  1:10