**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 22-CR-00231** |
| v. | * | **SECTION: "A"** |
| **GEORGE PETERSON** | * | **MAGISTRATE: 2** |
| * | * | * |

**DECLARATION OF PUBLICATION**

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 2, 2023 and ending on December 31, 2023. (*See*, Web Advertisement and Advertisement Certification Report, Government Exhibit "A").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2024 at New Orleans, LA.

/s/ Ilan Adona
Ilan Adona
Asset Forfeiture Paralegal Specialist

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rules this 20th day of February, 2024.

/s/ Alexandra Giavotella
ALEXANDRA GIAVOTELLA
Assistant United States Attorney