UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-231 |
| GEORGE PETERSON | SECTION: A |
| | MAG.: 2 |

ORDER EXTENDING SELF-SURRENDER DATE

The Court has been advised that defendant George Peterson was designated by the Bureau of Prisons to self-surrender on February 22, 2024. At sentencing the Court ordered that the defendant shall remain out on bond pending his appeal.

Accordingly,

**IT IS ORDERED** that defendant George Peterson is hereby granted an extension to self surrender to the Bureau of Prisons. The Court shall set a self-surrender date after his appeal has been ruled on.

New Orleans, Louisiana, Friday, February 23, 2024.

_____
Judge Jay C. Zainey
United States District Court