**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **USA** | * | **CRIMINAL NO. 22-231** |
| | * | |
| | * | **SECTION: "A"** |
| **VERSUS** | * | **HON. JAY C. ZAINEY** |
| | * | |
| | * | **MAGISTRATE: 2** |
| **GEORGE PETERSON** | * | **HON. DONNA PHILLIPS CURRAULT** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR INSPECTION

**NOW INTO COURT,** through undersigned counsel, comes Defendant, George Peterson, suggests that he pled guilty on August 29, 2023, pursuant to a conditional plea entered into between him and the government approved by the Court on January 9, 2024, to 24 months, being permitted to remain at large pending the outcome of his appeal.

I.

That on June 29, 2022, several law enforcement agencies raided George Peterson's home/place of business with agents from the ATF seizing over $500,000 worth of firearms including PDW inventory, Mr. Peterson's personal firearms, and firearms held from customers for repair.

II.

That Mr. Peterson and the government have arranged for the transfer of PDW Solutions inventory to Westbank Guns, LLC, a transfer that is acceptable to the ATF and the government.

III.

That the parties are in the process of arranging the particulars of the transfer, at which time Mr. Peterson wishes to be present to observe and inspect the firearms, which at the time they were seized, were new and in their original boxes, but during the raid and subsequent seizure, the new previously boxed firearms were removed from their boxes and thrown together into plastic bins by the ATF agents.

IV.

Mr. Peterson understands that as a convicted felon he cannot exercise dominion or control over the firearms and does not desire to do that during the requested transfer inspection.

V.

That the ATF through the government has been informed of Mr. Peterson's desire, and excepts to this observation and inspection request citing both Mr. Peterson's status as a convicted felon and the convenience/time constraints on ATF.

VI.

Mr. Peterson has a financial interest in the previously seized firearms as part of his purchased PDW inventory, and as such has a right as the transferring legal owner of these firearms from PDW to Westbank Guns, LLC to observe the transfer and inspect the firearms for damage caused by ATF's agents carless handling of the firearms during the seizure, without having to exert dominion or control over any of the firearms.

**THEREFORE,** Defendant herein, George Peterson, respectfully requests, the Honorable Court grant him permission to be present for the firearms transfer between PDW and Westbank Guns, LLC to be able to inspect the firearms as they are transferred, without personally exercising dominion or control over any individual firearm, and be permitted to photograph and or take notes of any damage observed thereon.

Respectfully submitted,

s/Richard J. Richthofen, Jr.
**Richard J. Richthofen, Jr. (#29663)**
**RICHTHOFEN & ASSOCIATES, LLC**
3900 Canal Street
New Orleans, Louisiana 70119
Office: 504-899-7949
Facsimile: 504-899-2518
Email: rick@rjrlawfirm.com
Counsel for Defendant George Peterson

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of March, 2024, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

<em>s/ Richard J. Richthofen, Jr.</em>