UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| USA | * | CRIMINAL NO. 22-231 |
| | * | |
| | * | SECTION: "A" |
| VERSUS | * | HON. JAY C. ZAINEY |
| | * | |
| | * | MAGISTRATE: 2 |
| GEORGE PETERSON | * | HON. DONNA PHILLIPS CURRAULT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Motion for Inspection considered, together with the premise therein,

**IT IS HEREBY ORDERED** that the Government respond and show cause, if any they can, by the **26th** day of **March, 2024**, why George Peterson should not be permitted to be present at the transfer of the PDW firearm inventory to Westbank Guns, LLC and further is permitted to observe and inspect the firearms for damage as they are transferred, taking notes and/or photographs of any damage, without exercising dominion or control over any single firearm.

**NEW ORLEANS, LOUISIANA, this** __12th__ **day of** __March__, 2024.

_____
UNITED STATES DISTRICT JUDGE