UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.:  22-231** |
| v. | * | **SECTION: "A"** |
| **GEORGE PETERSON** | * | **MAGISTRATE: 2** |
| | * * * | |

**MOTION FOR EXTENSION OF TIME TO FILE REPONSE TO
DEFENDANT'S MOTION FOR INSPECTION**

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America and moves for an extension of the deadline by which the United States is required to file a response to defendant's motion for inspection (Rec. Doc. 74). The government respectfully submits that there is cause to extend the deadline for a period of two weeks.

WHEREAS, the undersigned Assistant United States attorney needs additional time to fully brief the Court on the relevant legal and factual matters in dispute.

WHEREAS, the government respectfully requests an additional two (2) day extension to file a response to the defendant's motion for inspection.

[*Attorney Signature Block and Certificate of Service on Following Page.*]

1

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY


*/s/ALEXANDRA GIAVOTELLA*
ALEXANDRA GIAVOTELLA  (La. 38005)
Assistant United States Attorney
United States Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone: (504) 680-3065
Email: alexandra.giavotella@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rules this 26th day of March, 2024.


*/s/ALEXANDRA GIAVOTELLA*
ALEXANDRA GIAVOTELLA
Assistant United States Attorney

2