UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 22-231 |
| v. | * | SECTION: "A" |
| GEORGE PETERSON | * | MAGISTRATE: 2 |

\* \* \*

**ORDER**

Pursuant to the foregoing Motion, IT IS HEREBY ORDERED that the government's response to defendant's motion for inspection in the above matter shall be filed by no later than March 28th, 2024.

New Orleans, Louisiana, this 26th day of March, 2024.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE