**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 22-CR-00231** |
| **v.** | * | **SECTION: "A"** |
| **GEORGE PETERSON** | * | **MAGISTRATE: 2** |

            *  *  *

**ORDER**

Considering the defendant's Motion to Inspect (Rec. Doc. 74) and the government's response thereto,

**IT IS ORDERED** that the motion is DENIED.

New Orleans, Louisiana, this _____ day of March, 2024.

                HONORABLE JAY C. ZAINEY
                UNITED STATES DISTRICT JUDGE