UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION

VERSUS

NO: 22-231

GEORGE PETERSON

SECTION: A

MAG.: 2

ORDER

Defendant George Peterson filed a Motion for Inspection (Rec. Doc. #74) to which

the Government filed an opposition (Rec. Doc. #78).  For the following reasons, the motion

is **DENIED**.

The Defendant has no right to the relief he seeks.

The ATF shall take photographs of the firearms prior to the transfer and those

photographs will be given to the defendant to review.

New Orleans, Louisiana, Friday, April 3, 2024.

Judge Jay C Zainey
United States District Court