UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-CR-00231 |
| v. | * | SECTION: "A" |
| GEORGE PETERSON | * | MAGISTRATE: 2 |
| | * * * | |

**MOTION OF THE UNITED STATES FOR
A FINAL ORDER OF FORFEITURE**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who respectfully moves the Court for a Final Order of Forfeiture in the above-captioned matter and, in support thereof, represents to the Court the following facts:

1. On November 28, 2023, the Court entered a Preliminary Order of Forfeiture (Rec. Doc. 61) ordering the following property forfeited to the United States of America:

   One (1) black cylinder which is a firearm silencer and firearm muffler.

2. Pursuant to 21 U.S.C. § 853(n), third parties timely asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of their legal interests.

3. From December 2, 2023, through December 31, 2023, the United States published on www.forfeiture.gov notice of this Court's forfeiture, the government's intent to dispose of the property at issue, and the right of third parties to petition the Court within thirty days of the final publication date for a hearing to adjudicate the validity of any alleged interest in the forfeited property. The Declaration of Publication and attachments were filed into this Court's record on February 20, 2024. (*See,* Declaration of Publication, Rec. Doc. 71).

4.	No third-party petition asserting an interest in the above-described forfeited property has been timely filed.  Therefore, a final order is appropriate pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

**WHEREFORE**, the United States moves the Court for a final order of forfeiture declaring the property forfeited, vesting full right, title, and interest in the property in the United States, and directing the Government to dispose of the property in accordance with law.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/Alexandra Giavotella*
ALEXANDRA GIAVOTELLA  (La. 38005)
Assistant United States Attorney
United States Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3065
Email: alexandra.giavotella@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rules this 8th day of April, 2024.

*s/Alexandra Giavotella*
ALEXANDRA GIAVOTELLA
Assistant United States Attorney