UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-CR-00231 |
| v. | * | SECTION: "A" |
| GEORGE PETERSON | * | MAGISTRATE: 2 |

\* \* \*

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on November 28, 2023, this Court entered a preliminary order of forfeiture (Rec. Doc. 61);

**AND WHEREAS**, from December 2, 2023, through December 31, 2023, the United States published on www.forfeiture.gov notice of this forfeiture, the government's intent to dispose of the property at issue, and the right of third parties to petition the Court within thirty days of the final publication date for a hearing to adjudicate the validity of any alleged interest in the property;

**AND WHEREAS** the time period for filing third party claims has expired, and no timely claim has been filed;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

1. That the following property is hereby forfeited to the United States of America:

    One (1) black cylinder which is a firearm silencer and firearm muffler.

2. That all right, title, and interest to the properties described above, whether real, personal, mixed and/or otherwise, is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of in accordance with law.

3. ATF will transfer the subject firearms listed in Exhibit A to FITS, Inc. for sale to another person on the defendant's behalf. The defendant and FITS, Inc. will be solely responsible for negotiating any terms of sale and the distribution of any proceeds resulting from that sale. The receipt, transfer or assignment of any sale proceeds is subject to all applicable federal and state laws, including but not limited to tax liability, bankruptcy proceedings, court-ordered marital distributions, and outstanding lien interests.

3. That any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposit, as well as any income derived as a result of the United States Marshal's management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale, and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

4. That this Court shall retain jurisdiction of this case for the purposes of enforcing this Order.

New Orleans, Louisiana, this _____ day of April, 2024.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE